...
judges: Du, Reinhardt, Clifton